**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Longale,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-18-00024-TUC-DCB (BGM)<br><br>**ORDER** |

The Plaintiff seeks review of a determination of the Commissioner of the Social Security Administration. The case was filed on January 17, 2018, and on January 25, 2018, the Court issued a Scheduling Order. The Plaintiff also filed an Application to Proceed *in forma pauperis*, which was not ruled on by the Court when it issued the Scheduling Order. Consequently, the Clerk of the Court did not issue the summons and Defendant has not been served. On April 11, 2018, the Plaintiff filed a Motion for Extension of Time to Serve the Complaint.

This matter is also being referred to a Magistrate Judge for a written report and recommendation to this Court for final disposition of the Plaintiff's case. LRCiv 72.1(a), 28 U.S.C. § 636(b)(1). Because of the referral to the Magistrate Judge, the

parties shall be afforded an opportunity to consent to the full exercise of jurisdiction by the Magistrate Judge in order to expedite these proceedings. The Clerk of the Court shall provide the parties with Consent forms, and if all parties consent, the case will be reassigned to the Magistrate Judge, pursuant to Tile 28, U.S.C. § 636(c)(1), for all purposes including dispositive rulings and entry of judgment.

**Accordingly,**

**IT IS ORDERED** that, finding good cause, the Motion for Extension of Time (Doc. 6) is GRANTED, extending the time for service of the Complaint upon the Defendant in the above-titled action to a date 30 days from the time the Clerk of the Court issues a Summons in this case.

**IT IS FURTHER ORDERED** that the Plaintiff has established indigency and the Application to Proceed *in forma pauperis* (Doc. 2) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Plaintiff's Complaint without prepayment of fees and costs or security thereof and issue the Summons.

**IT IS FURTHER ORDERED** that this action is referred to Magistrate Judge Bruce G. Macdonald for all pretrial proceedings and Report and Recommendation in accordance with LRCiv 72.1(a) and 28 U.S.C. 636(b)(1).

**IT IS FURTHER ORDERED** that this case shall be designated, as follows: CV 18-24 TUC DCB (BGM).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send the parties the forms for "Consent to Exercise of Jurisdiction by a United States Magistrate Judge" and if <u>all</u> parties sign and return the consent forms, the Clerk of the Court shall assign this case to the Magistrate Judge for full adjudication of the case including any dispositive motion, trial and entry of judgment. LRCiv 72.1(b) and 28 U.S.C. § 636(c)(1).

Dated this 19th day of April, 2018.

Honorable David C. Bury
United States District Judge